## Return

| Case No.: 3:19mj1041 2069452 HBF | Date and time warrant executed: 11/19/14 2:20 PM | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:
Kyle Siegel

Inventory of the property taken and name of any person(s) seized:

Priority Mail Express # E٢ 5666 28846 US
- Cosmetic plastic Jewelry - plastic childs shoes
- 2 LBS 4oz of cocaine presumptive test positive

*FILED 2019 JUL -2 P 12:19 US DISTRICT COURT BRIDGEPORT CT*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/19/14

*Executing officer's signature*

Joseph Bunaskavich Postal Inspector
*Printed name and title*

Returned to me this 17th day of December 2014 at Bridgeport